1 | Plaintiff's Counsel:
Jayne Conroy
2 | Hanly Conroy Bierstein Sheridan
    Fisher & Hayes LLP
3 | 112 Madison Avenue
New York, New York 10016-7416
4 | (212) 784-6400
(212) 284-6420 (fax)
5 |
-and-
6 |
SimmonsCooper LLC
7 | 707 Berkshire Blvd.
East Alton, IL 62024
8 | (618) 259-2222
(212) 259-2251 (Fax)
9 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
|---|---|
| This Document Relates To:<br><br>*Gloria Nielsen and Thomas robbins, vs. Pfizer, Inc.,.*<br>*MDL No. 06-6934:* <u>Plaintiff Gloria Nielsen and Thomas Robbins</u> | |

Come now the Plaintiffs, Gloria Nielsen and Thomas Robbins, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

1  41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Gloria Nielsen and**
2  **Thomas Robbins's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009        By: _____
                                       Jayne Conroy
                                       **HANLY CONROY BIERSTEIN**
                                       **SHERIDAN FISHER & HAYES LLP**
                                       112 Madison Avenue
                                       New York, New York 10016-7416
                                       (212) 784-6400
                                       (212) 784-6420 (Fax)
                                       Email: jconroy@hanlyconroy.com

                        -and-

                                       **SIMMONSCOOPER LLC**
                                       707 Berkshire Blvd.
                                       East Alton, IL 62024
                                       (618) 259-2222
                                       (618) 259-2251 (Fax)

                                       *Counsel for Plaintiff.*

Dated: _____March 11_____, 2009     By: _____
                                       Michelle W. Sadowsky
                                       **DLA PIPER US LLP**
                                       1251 Avenue of the Americas
                                       New York, New York 10020-1104
                                       (212) 335-4625
                                       (212) 884-8675 (Fax)

                                       *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____March 30_____, 2009     By: _____
                                       United States District Court